IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CV 207

| | | |
|---|---|---|
| SAYMON FARIA, | ) | |
| | ) | |
| Plaintiff, | ) | ORDER |
| v. | ) | |
| | ) | |
| ABIGAIL NICOLE WRIGHT, | ) | |
| and BROAD RIVER LOGISTICS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 5) filed by Dennis L. Martin, Jr. and Ann-Patton Hornthal. The Motion indicates that Mr. Martin and Ms. Hornthal, members in good standing of the Bar of this Court, are local counsel for Plaintiff and that they seek the admission of John Lukacs, Jr., who the Motion represents as being a member in good standing of the Bar of the State of Florida. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 5) and **ADMITS** John Lukacs, Jr. to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: June 28, 2019

W. Carleton Metcalf
United States Magistrate Judge